# United States District Court

### FOR THE
### NORTHERN DISTRICT OF CALIFORNIA

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

# CR 13 363

JORDAN JACKSON and MERCEDEZ KIDD

DEFENDANT(S).

EMC

---

## INDICTMENT

Title 18 U.S.C., Section 1594(c) – Conspiracy to Commit Sex Trafficking

Title 18 U.S.C., Section 1591(a) – Sex Trafficking of Children or By Force, Fraud or Coercion

---

A true bill.

_____ Foreman

Filed in open court this ___6th___ day of

___June, 2013___.

_____ Clerk

Bail, $ __No bail warrant__

AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 18 U.S.C., Section 1594(c) – Conspiracy to Commit Sex Trafficking

Title 18 U.S.C., Section 1591(a) – Sex Trafficking of Children or By Force, Fraud or Coercion

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: Minimum Prison Term of 15 years; Maximum Prison Term of life; Maximum Fine of $250,000; Minimum Term of Supervised Release of 5 years; Maximum Term of Supervised Release of life; Mandatory Special Assessment of $100 per count

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

FILED
JUN - 6 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S.
▶ JORDAN JACKSON

DISTRICT COURT NUMBER
CR 13 363 EMC

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY ☐ DEFENSE
} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   MELINDA HAAG
☒ U.S. Attorney ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Suzanne Miles

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction } ☐ Federal ☒ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
San Francisco County Jai

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT   Bail Amount: no bail

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                 Before Judge:

Comments:

| **DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT** |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT       Name of District Court, and/or Judge/Magistrate Location
                              ☐ SUPERSEDING                 **NORTHERN DISTRICT OF CALIFORNIA**
─────── **OFFENSE CHARGED** ───────                          SAN FRANCISCO DIVISION

Title 18 U.S.C., Section 1594(c) – Conspiracy to Commit Sex Trafficking      ☐ Petty

Title 18 U.S.C., Section 1591(a) – Sex Trafficking of Children or By Force, Fraud or Coercion    ☐ Minor
                                                                                                  ☐ Misdemeanor
                                                                                                  ☒ Felony

PENALTY: Minimum Prison Term of 15 years; Maximum Prison Term of life;
Maximum Fine of $250,000;
Minimum Term of Supervised Release of 5 years; Maximum Term of Supervised Release of life;
Mandatory Special Assessment of $100 per count

**FILED**
JUN 6 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DEFENDANT - U.S
▶ MERCEDEZ KIDD

DISTRICT COURT NUMBER
**CR 13 363 EMC**

─────── **PROCEEDING** ───────
Name of Complaintant Agency, or Person (& Title, if any)
Federal Bureau of Investigations

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE     } SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
                                              } MAGISTRATE CASE NO.
☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form: **MELINDA HAAG**
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned): Suzanne Miles

────── **DEFENDANT** ──────
**IS NOT IN CUSTODY**
 Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction         } ☐ Federal  ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  } If "Yes" give date filed
                          ☐ No

DATE OF ARREST ▶ Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year

☐ This report amends AO 257 previously submitted

────── **ADDITIONAL INFORMATION OR COMMENTS** ──────

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT      Bail Amount: no bail

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments:

1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3
4
5
6
7
8
9                       UNITED STATES DISTRICT COURT
10                    NORTHERN DISTRICT OF CALIFORNIA
11                           SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,           ) NO. CR 13 363
13                                     )
           Plaintiff,                  )  VIOLATIONS:
14                                     )  18 U.S.C. § 1594(c) – Conspiracy to Commit Sex
       v.                              )  Trafficking;
15                                     )  18 U.S.C. § 1591(a) – Sex Trafficking of Children or
   JORDAN JACKSON and                  )  By Force, Fraud, or Coercion;
16 MERCEDEZ KIDD,                      )  18 U.S.C. §§ 1594(d) and (e) - Forfeiture
                                       )
17         Defendants.                 )  (SAN FRANCISCO VENUE)
                                       )
18 ─────────────────────────────

19                              I N D I C T M E N T

20 The Grand Jury charges:

21 COUNT ONE:  (18 U.S.C. § 1594(c) – Conspiracy to Commit Sex Trafficking)

22         Beginning on or about April 6, 2013, and continuing through on or about April 20, 2013, in the

23 Northern District of California, the defendants,

24                                JORDAN JACKSON and
                                   MERCEDEZ KIDD,
25

26 conspired with each other to violate 18 U.S.C. § 1591(a), namely to knowingly recruit, entice, harbor,

27 transport, provide, obtain, and maintain by any means a person, in and affecting interstate commerce,

28

INDICTMENT

knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion (as defined in Title 18, United States Code, Section 1591(e)(2)), and any combination of such means would be used to cause the person to engage in a commercial sex act, and knowing and in reckless disregard of the fact that the person had not attained the age of 18 years and would be caused to engage in a commercial sex act, and having had a reasonable opportunity to observe the person, all in violation of Title 18, United States Code, Section 1594(c).

COUNT TWO: (18 U.S.C. § 1591(a) – Sex Trafficking of Children or By Force, Fraud, or Coercion)

On or about April 6, 2013, in the Northern District of California, the defendants

JORDAN JACKSON and
MERCEDEZ KIDD,

knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means, V.M., a minor under the age of 18 years, in and affecting interstate commerce, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, coercion (as defined in Title 18, United States Code, Section 1591(e)(2)), and any combination of such means would be used to cause V.M. to engage in a commercial sex act, and knowing and in reckless disregard of the fact that V.M. had not attained the age of 18 years and would be caused to engage in a commercial sex act, and having had a reasonable opportunity to observe V.M., all in violation of Title 18, United States Code, Section 1591(a).

FORFEITURE ALLEGATION: (18 U.S.C. §§ 1594(d) and (e) – Forfeiture)

Upon a conviction of any of the offenses alleged herein, the defendants,

JORDAN JACKSON and
MERCEDEZ KIDD,

shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 1594(d) and (e), any property, real or personal, that was used or intended to be used to commit, or to facilitate the commission of such violation, and any property, real or personal, constituting or derived from, any proceeds that such person obtained directly or indirectly as a result of such violation, or proceeds

INDICTMENT

1  traceable thereto, including but not limited to the following items:

2      1.     $1,645.28 in United States Currency;

3      2.     Samsung cellular telephone, Model SCH-A157, Serial Number R21CA5AVCKA;

4      3.     Huawei cellular telephone, Model M570, Serial Number W5P9K89200714785; and

5      4.     Huawei cellular telephone, Model M920, Serial Number B7PIED1270301118.

6      All in violation of Title 18 United States Code, Sections 1594(d) and (e) and Federal Rule of

7  Criminal Procedure 32.2.

8  DATED:                                                A TRUE BILL.

9  June 6, 2013

10                                                         FOREPERSON

11

12 MELINDA HAAG
   United States Attorney

13

14 MIRANDA KANE
   Chief, Criminal Division

15

16 (Approved as to form: _____)

17                            AUSA SUZANNE B. MILES

INDICTMENT