BOERSCH SHAPIRO LLP
David W. Shapiro (CA Bar No. 219265)
Dshapiro@boerschshapiro.com
Martha Boersch (CA Bar No. 126569)
Mboersch@boerschshapiro.com
Lara Kollios (CA Bar No. 235395)
Lkollios@boerschshapiro.com
235 Montgomery Street, Suite 835
San Francisco, CA 94104
Telephone: (415) 500-6640

Attorneys for Defendant
JORDAN JACKSON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JORDAN JACKSON and MERCEDEZ KIDD, <br><br> Defendants. | Case No. 13-CR-00363 EMC <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING DATE |

The United States of America and defendants Jordan Jackson and Mercedez Kidd, by their counsel, hereby stipulate that the sentencing date for defendants Jackson and Kidd be continued from March 19, 2014 to May 14, 2014 at 2:30 p.m. Counsel for defendant Jackson and for the government have conflicts in their schedules, and the defendants need additional time to prepare for sentencing.

1  IT IS SO STIPULATED.

3  DATED: January 6, 2014

BOERSCH SHAPIRO LLP

   /s/ David W. Shapiro
David W. Shapiro
Attorney for Defendant Jordan Jackson

7  DATED: January 6, 2014

   /s/ Jodi Linker
Jodi Linker
Attorney for Defendant Mercedez Kidd

10 DATED: January 6, 2014

   /s/ Hartley West
Hartley West
Assistant United States Attorney

13 SO ORDERED.

14 Dated: January  8 , 2014

HON. EDWARD M. CHEN
United States District Judge

**GRANTED**
Judge Edward M. Chen

2    STIP AND [PROPOSED] ORDER TO
     CONTINUE SENTENCING DATE
     Case No.: 13-CR-00363 EMC