BRIAN J. STRETCH (CABN 163973)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

ERIN A. CORNELL (CABN 227135)
Assistant United States Attorney

> 450 Golden Gate Avenue, Box 36055
> San Francisco, California 94102-3495
> Telephone: (415) 436-7124
> FAX: (415) 436-6748
> Erin.Cornell@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 13-00363-1 EMC |
| Plaintiff, | ) STIPULATION AND [PROPOSED] ORDER |
| | ) CONTINUING STATUS DATE |
| v. | ) |
| JORDAN JACKSON, | ) |
| Defendant. | ) |

The above-captioned matter is set for status on preliminary revocation on October 18, 2017 at 2:30 p.m. The parties jointly request and stipulate that the Court continue the matter to November 15, 2017 at 2:30 p.m. for status on preliminary revocation.

The parties make this request because the defendant's probation officer, Constance Cook, is out of the office and unavailable on October 18, 2017. All parties, including Ms. Cook, are available to appear on November 15, 2017. The Court also appears to be available on November 15, 2017.

//

//

//

//

1    SO STIPULATED, AGREED, AND RESPECTFULLY REQUESTED.

2    DATED: October 5, 2017                    BOERSCH SHAPIRO LLP

3

4                                             /s/ Lara Kollios
                                              LARA KOLLIOS
5                                             Attorney for Defendant
                                              JORDAN JACKSON
6

7    DATED: October 5, 2017                    BRIAN J. STRETCH
                                              United States Attorney
8

9                                             /s/ Erin A. Cornell
10                                            ERIN A. CORNELL
                                              Assistant United States Attorney
11

12        I hereby attest that I have permission of the parties to enter a conformed signature (/s/) for all

13   signatures within this e-filed document.

14   DATED: October 5, 2017                    BRIAN J. STRETCH
                                              United States Attorney
15

16                                            /s/ Erin A. Cornell
17                                            ERIN A. CORNELL
                                              Assistant United States Attorney
18

19                                   **ORDER**

20        GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status on preliminary

21   revocation hearing currently scheduled for October 18, 2017 at 2:30 p.m. is continued to November 15,

22   2017 at 2:30 p.m.

23   DATED:    10/6/17

24

25

26                            IT IS SO ORDERED
     HO                                              HEN
27   UN                                              UDGE

28                            Judge Edward M. Chen

STIP & [P] ORDER CONTINUING STATUS
CR 13-00363-1 EMC                    2